

| Case | Docket | Date | Judges | Disposition |
|---|---|---|---|---|
| Bedrock Hardscapes and Land-scaping, LLC v. Lessor | 41A01–1610–CT–2247 | 04/26/2017 | CRONE, J.<br>RILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Sizemore–Roessler v. State | 15A01–1609–CR–2090 | 04/26/2017 | ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Barr v. State | 84A04–1611–CR–2593 | 04/26/2017 | BARNES, J.<br>BAKER, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Miller v. State | 02A03–1610–CR–2482 | 04/26/2017 | BAKER, J.<br>BARNES, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Campbell v. State | 72A01–1611–CR–2576 | 04/26/2017 | BAKER, J.<br>BARNES, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| L.T., Commitment of v. Columbus Regional Hospital Mental Health Center | 03A01–1611–MH–2543 | 04/26/2017 | BRADFORD, J.<br>NAJAM, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Woolley v. State | 83A04–1608–CR–1765 | 04/26/2017 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Searing v. Vivas | 84A05–1609–DR–2144 | 04/27/2017 | BROWN, J.<br>VAIDIK, C.J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| L.S., Matter of | 27A02–1609–JT–2282 | 04/27/2017 | PYLE, J.<br>BAKER, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Stigleman v. State | 89A01–1608–CR–1783 | 04/27/2017 | ROBB, J.<br>BAKER, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Meyers v. Meyers | 45A05–1609–DR–2175 | 04/27/2017 | NAJAM, J.<br>RILEY, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |